FILED
2009 Jan-30 PM 12:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **DANNY HUGHES, and KATHY HUGHES,**  )<br>)<br>) <br>**Plaintiffs,**  )<br>)<br>**v.**  )<br>)<br>**GMAC, LLC, a foreign limited liability company, and TRANS UNION, LLC, a foreign limited liability company,**  )<br>)<br>)<br>)<br>)<br>**Defendants.**  ) | **Case No.: 1:08-CV-2265-VEH** |

## ORDER OF DISMISSAL

Pending before the court is Plaintiffs' Danny Hughes and Kathy Hughes Motion to Dismiss, doc. #13, this action without prejudice. Because an Answer has been file by the Defendants, the court analyzes the instant motion pursuant to Fed. R. Civ. P. 41(a)(2).

The Court notes that no counterclaim has been filed against either of the Plaintiffs. Therefore, the Motion is due to be, and hereby is, **GRANTED**. All claims of Danny Hughes and Kathy Hughes are hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this the 30th day of January, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge